■ ROSE H. SWEENEY, as Administratrix of the Estate of DANIEL B. SWEENEY, Deceased, Appellant, v. MARY E. SWEENEY, as Surviving Partner of the Copartnership Doing Business under the name of SWEENEY BOTTLING WORKS, et al., Respondents.— This action to enjoin the transfer of the assets of a partnership has, by the stipulation of the parties, been converted to an action to determine the share of a deceased partner in the partnership assets. The appeal is from a judgment entered on the decision of a Special Referee to whom the action was referred to hear and determine, fixing such share at $20,636.36, with interest of $3,035.41. Judgment unanimously affirmed, without costs. No opinion. Present— Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.